

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEID GHAMOUSHI RAMANDI,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>Respondents. | Case No. 2:26-cv-06792-FMO-CTS<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Respondents' objections to the Report and Recommendation ("Objections") and Petitioner's Response to Objections, both filed on July 20, 2026. (ECF Nos. 11 &12.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Respondents have specifically objected. The Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and

Recommendation.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that:

1.  The Report and Recommendation is accepted and adopted;

2.  The Petition is GRANTED as to Claim Three and the remaining claims are dismissed without prejudice;

3.  Respondents must release Petitioner (A 221-346-204) from custody within 24 hours of the entry of this Order under the same conditions that were in place prior to his re-detention;

4.  Respondents must file a Notice of Compliance within three calendar days of the date of entry of this Order confirming that Petitioner has been released;

5.  Respondents are enjoined from re-detaining Petitioner without providing him with, at minimum, individualized notice describing the change in circumstances necessitating his arrest and/or detention and a pre-deprivation bond hearing before an immigration judge.  Petitioner shall not be re-detained unless Respondents demonstrate at a pre-deprivation hearing that Petitioner is a flight risk or a danger to the community and that there is no combination of conditions that will reasonably assure his appearance and/or the safety of any other person in the community; and

6.  Judgment shall be entered upon filing of the Notice of Compliance.

DATED:  July 27, 2026

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2