JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEID GHAMOUSHI RAMANDI, Petitioner, v. ERNESTO SANTA CRUZ, et al., Respondents. | Case No. CV 26-6792 FMO (CTS) **JUDGMENT** |

Pursuant to the Order Accepting Reportand Recommendation of United States Magistrate Judge filed July 27, 2026 (Dkt. No. 13) and the Notice of Compliance filed July 30, 2026 (Dkt. No. 14), IT IS ADJUDGED THAT:

1. Respondents are enjoined from re-detaining Petitioner without providing him with, at minimum, individualized notice describing the change in circumstances necessitating his arrest and/or detention and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not be re-detained unless Respondents demonstrate at a pre-deprivation hearing that Petitioner is a flight risk or a danger to the community and that there is no combination of conditions that will reasonably assure his appearance and/or the safety of any other person in the community.

2. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

///

///

3. The above-captioned action is dismissed without prejudice.

Dated this 5th day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge